| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **H&M Construction Solutions, Inc.** <br> First Name    Middle Name    Last Name | Social Security number or ITIN ____ <br> EIN  82–2022955 |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 20–31030 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Cole Hayes is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: March 22, 2023
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (3/22/23)